UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 07 2019 ★

LONG ISLAND OFFICE

ANGEL SAMANIEGO, individually and on behalf of all others similarly situated,

    Plaintiffs,
vs.

Case No.: 2:17-cv-07153-JMA-GRB

LANDSCAPE DESIGN & CONTRACTING INC., A Domestic Business Corporation; BLOCK'S NURSEY, INC,. a Domestic Business Corporation, and BARRY BLOCK, Inidividually,

    Defendant.
_____/

## PROPOSED ORDER

This matter comes before this Court upon Plaintiffs' Letter for Approval of the Settlement Agreement and Full and Final Release of Claims for Unpaid Wages. The Court having considered the request and being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the Parties' request for Plaintiff's Approval of the Settlement Agreement and Full and Final Release of Claims for Unpaid Wages is GRANTED. This matter is discontinued with prejudice, with the court retaining jurisdiction for the purpose of enforcing settlement if needed.

It is so ORDERED.

Date: March 7, 2019

/s/ (JMA)
U.S. DISTRICT COURT JUDGE
Joan M. Azrack

Copies furnished to: Counsel of Record